## 16506

FOREST LAND CO. *ET AL.* v. GROOVER, MAYOR, *ET AL.*
(65 S. E. (2d) 243)

*Messrs. Irvine F. Belser, Townsend M. Belser,* and *Walter J. Bristow, Jr.,* of Columbia, *for Appellants,*

338

*Messrs. Cooper & Gary* and *D. McK. Winter,* of Columbia, *for Respondents,*

*Messrs. Irvine F. Belser, Townsend M. Belser,* and *Walter J. Bristow, Jr.,* of Columbia, *for Appellants, in Reply,*

May 17, 1951.

PER CURIAM.

For the reasons assigned in the opinion of the Court filed this day in the case of *DeTreville v. Groover,* S. C., 65 S. E. (2d) 232, the order appealed from in this case, granting an injunction *pendente lite,* is affirmed.

FISHBURNE, STUKES, TAYLOR and OXNER, JJ., and LIDE, Acting Associate Justice, concur.